UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| FRANK HAYES, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:06cv0104 AS |
| | ) | |
| ANDREW PAZERA, Acting Superintendent, | ) ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM, OPINION AND ORDER*

On or about February 9, 2006, *pro se* petitioner, Frank Hayes, an inmate at the Westville Correctional Facility (WCF) in Westville, Indiana, filed a petition seeking relief under 28 U.S.C. §2254. The Attorney General of Indiana filed a motion to dismiss on or about September 29, 2006, demonstrating compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).

The petitioner is a convicted felon serving a sentence imposed by a court in the State of Indiana. At the time of the filing of this petition he was incarcerated in the WCF in this district. He was the subject of a prisoner disciplinary proceeding held in August 2005 entitled cause number WCC 05-08-0042. As a result of that proceeding, this petitioner was deprived of 30 days of earned credit time, and was demoted from credit class I to credit class II, which implicates *Wolff v. McDonnell*, 418 U.S. 539 (1974). Additionally, he was also sanctioned with a six-month loss of phone privileges and a suspended sanction of six months

disciplinary segregation which does not implicate a liberty interest under *Sandin v. Conner*, 515 U.S. 472 (1995).

There has been a good deal of *Wolff* due process already in place here. The proceeding challenged here has been set aside and renders this case moot. Therefore, this case is **DISMISSED AS MOOT**.  **IT IS SO ORDERED**.

**DATED:**  November 21, 2006

                                        S/ ALLEN SHARP
                                        **ALLEN SHARP, JUDGE**
                                        **UNITED STATES DISTRICT COURT**